UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., a minor, through guardian ad litem Cheyenne Harriger,<br><br>Plaintiff,<br><br>v.<br><br>FRUITVALE SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00001-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE APPLICATION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(Doc. 51)<br><br>**March 5, 2026, Deadline** |

On October 25, 2023, Plaintiff C.H., a minor, initiated this action with the filing of a complaint in state court through guardian ad litem Cheyenne Harriger. (Doc. 1). Defendants Fruitvale School District, Leslie Garrison, Becky Rocha, Eva Martinez, and Kevin Jackson removed the action on December 29, 2023. (Docs. 1-3). After a settlement conference before the undersigned on January 5, 2026, the case was settled and Plaintiff was directed to file a petition for minor's compromise within 45 days (*i.e.*, February 19, 2026). (Doc. 50).

Pending before the Court is Plaintiff's motion to extend the time for Plaintiff to file the application for approval of minor's compromise, from February 19, 2026, to March 5, 2026. (Doc. 51). Plaintiff represents that they have not received a response from Defendants' counsel regarding edits to the proposed settlement agreement and that minor Plaintiff C.H.'s parents, including guardian ad litem Cheyenne Harriger, engaged the services of a financial advisor to

prepare account documents regarding the settlement funds for C.H. and that said documents are not yet finalized. *Id.* at 2-3. Plaintiff attaches to the motion the declaration of counsel Lindsay A. Whyte, setting forth the same. (Doc. 51-1).

**Conclusion and Order**

In light of the Plaintiff's representations and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall file the application for approval of minor's compromise no later than **March 5, 2026**. *See* Local Rule 202.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2