UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.H., a minor, through guardian ad litem Cheyenne Harriger,<br><br>Plaintiff,<br><br>v.<br><br>FRUITVALE SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00001-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE APPLICATION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(Doc. 53)<br><br>ORDER DIRECTING DEFENDANTS TO FILE REPORT<br><br>**Hearing Date – March 20, 2026** |

**Background**

On October 25, 2023, Plaintiff C.H., a minor, initiated this action with the filing of a complaint in state court through guardian ad litem Cheyenne Harriger. (Doc. 1). Defendants Fruitvale School District, Leslie Garrison, Becky Rocha, Eva Martinez, and Kevin Jackson removed the action on December 29, 2023. (Docs. 1-3). After a settlement conference before the undersigned on January 5, 2026, the case was settled and Plaintiff was directed to file a petition for minor's compromise within 45 days (*i.e.*, February 19, 2026). (Doc. 50). On February 17, 2026, the Court granted Plaintiff's motion to extend the filing deadline to March 5, 2026. (Doc. 52).

Pending before the Court is Plaintiff's second motion to extend the time for Plaintiff to

file the application for approval of minor's compromise, from March 5, 2026, to March 19, 2026. (Doc. 53).

**Discussion**

Plaintiff represents that counsel has not received a response from Defendants' counsel regarding edits to the proposed settlement agreement. *Id.* at 2-3. Plaintiff attaches to the motion the declaration of counsel Lindsay A. Whyte, setting forth the same. (Doc. 53-1). Ms. Whyte represents that a copy of the draft settlement agreement was sent to Defendants on January 26, 2026. Ms. Whyte represents that, since that date and despite numerous communications, Defendants have not provided a response to the edits to the settlement agreement nor a finalized agreement. *Id.* ¶¶ 5-11.

The Court will grant Plaintiff's motion for an extension of time to file the application for approval of minor's compromise.

Additionally, in light of the representations of Ms. Whyte in her declaration accompanying Plaintiff's motion, the Court will order Defendants to file a report regarding their reported failure to timely cooperate with Plaintiff's counsel in connection with the proposed settlement agreement, despite the parties having settled the case under terms and conditions set forth on the record approximately two months ago. *See* (Doc. 50).

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendants SHALL FILE a report addressing Plaintiff's representations of the status of approval of a settlement agreement, including explanations for the delays noted by counsel for Plaintiff in her declaration (*see* Docs. 53, 53-1), no later than March 6, 2026.

2. The deadline by which Plaintiff SHALL FILE the application for approval of minor's compromise is continued to **March 19, 2026**. *See* Local Rule 202.

3. The parties SHALL APPEAR for status conference on **March 20, 2026**, at 9:00 AM in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker. The parties shall appear at the conference remotely via Zoom video conference, and counsel shall

obtain the Zoom ID and password from the Courtroom Deputy at least 24 hours prior to the conference.

IT IS SO ORDERED.

Dated:   **March 4, 2026**

_____
UNITED STATES MAGISTRATE JUDGE